UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA WOLFSON, Derivatively on Behalf of RIVIAN AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT J. SCARINGE, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, and PAMELA THOMAS-GRAHAM, <br><br> Defendants, <br><br> and <br><br> RIVIAN AUTOMOTIVE, INC., <br><br> Nominal Defendant. | Case No.:1:22-cv-00607-RGA <br><br><br> **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) AND 23.1(c) WITHOUT PREJUDICE** |

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, the Parties to this Derivative Action, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 11, 2022, the Defendants filed a motion to dismiss this action;

WHEREAS, the Parties have further met and conferred and Plaintiff now wishes to voluntarily dismiss this Derivative Action and Defendants agree to such dismissal on the terms listed below; and

WHEREAS, the Parties respectfully submit that contemporaneous notice to shareholders concerning the dismissal is unnecessary to protect the interests of Rivian Automotive, Inc., or its shareholders for the following reasons: (i) Plaintiff seeks dismissal without prejudice; (ii) there has been no settlement or compromise between the Parties nor attempts to seek such; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiff nor their counsel has received

nor will receive any consideration from Defendants for the dismissal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, as follows:

1. This Derivative Action is dismissed without prejudice (i) to Plaintiff's making a demand or (ii) to being refiled in the Court of Chancery of the State of Delaware.

2. Plaintiff and Defendants shall each bear their owns costs and attorneys' fees incurred in this Derivative Action.

3. For the reasons stated above, notice of this dismissal to shareholders is not required.

Dated: August 23, 2022             Respectfully Submitted,

**COOCH AND TAYLOR, P.A.**

By:   */s/ Blake A. Bennett*
      Blake A. Bennett (#5133)
      The Nemours Building
      1007 N. Orange St., Suite 1120
      Wilmington, DE 19801
      Telephone: (302) 984-3800
      Email: bbennett@coochtaylor.com

      David C. Katz
      Joshua M. Rubin
      **WEISS LAW**
      305 Broadway, 7th Floor
      New York, NY 10007
      Telephone: (212) 682-3025
      Facsimile: (212) 682-3010
      Email:  dkatz@weisslawllp.com
      jrubin@weisslawllp.com

      *Attorneys for Plaintiff Barbara Wolfson*


**YOUNG, CONAWAY, STARGATT & TAYLOR LLP**

By:   */s/ Anne Shea-Gaza*
      Anne Shea Gaza
      Elena C. Norman

2

        Samantha G. Wilson
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801
        Telephone: (302) 571-6727
        Email:  agaza@ycst.com
                 enorman@ycst.com
                 swilson@ycst.com

        Boris Feldman
        Doru Gavril
        Jennifer Loeb
        Elise Lopez
        Olivia Rosen
        **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
        855 Main Street
        Redwood City, CA 94063
        Telephone: (650) 618-9250
        Email:  boris.feldman@freshfields.com
                 doru.gavril@freshfields.com
                 jennifer.loeb@freshfields.com
                 elise.lopez@freshfields.com
                 olivia.rosen@freshfields.com

*Attorneys for Defendants Rivian Automotive, Inc., Robert J. Scaringe, Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, and Pamela Thomas-Graham*

IT IS SO ORDERED this   24th   day of  Aug, 2022.

                                        /s/ Richard G. Andrews
                                   United States District Court Judge